**Dismiss and Opinion Filed May 24, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-00021-CV**

**CHANI NICOLE JENSEN, Appellant**

**V.**

**HALEY MARIE JENSEN BARB, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-22-08224**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Molberg

We questioned our jurisdiction over this appeal from the family court associate judge's permanent restraining order as it appeared the appeal had been filed prematurely. Although appellant had not requested a de novo hearing before the referring court, the referring court had not yet signed the associate judge's order, and, without the referring court's signature, the order was not appealable. *See* TEX. FAM. CODE ANN. §§ 201.013(b) (providing generally that when de novo hearing not requested, associate judge's order becomes order of referring court only on referring court's signing), 201.016(b) (providing generally that date referring court signs order

is controlling date for purposes of appeal). Although we abated the appeal twice to allow appellant an opportunity to obtain an order signed by the referring court, she has not done so.

Our second order abating the appeal cautioned appellant that failure to file, by May 2, 2023, a supplemental clerk's record containing a copy of the referring court's order would result in dismissal of the appeal. *See id.* § 201.016(b); TEX. R. APP. P. 42.3(a). Accordingly, on the record before us, we dismiss the appeal and all pending motions. *See* TEX. FAM. CODE ANN. § 201.016(b); TEX. R. APP. P. 42.3(a).

230021f.p05

/Ken Molberg//
KEN MOLBERG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHANI NICOLE JENSEN,
Appellant

No. 05-23-00021-CV      V.

HALEY MARIE JENSEN BARB,
Appellee

On Appeal from the 330th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-22-08224.
Opinion delivered by Justice
Molberg, Justices Carlyle and Smith
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Haley Marie Jensen Barb recover her costs, if any, of this appeal from appellant Chani Nicole Jensen.

Judgment entered this 24th day of May 2023.